JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNIE STEVEN MARTIN, | NO. ED CV 04-0210 PSG (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M. S. EVANS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _3/12_____, 2008.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE